# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:12CR84(2) |
| | § | |
| LUIS MIGUEL PALACIOS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge. On May 8, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Luis Miguel Palacios' Motion to Suppress Statements (Dkt. 87). be DENIED.

There being no objections by Defendant, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant Luis Miguel Palacios' Motion to Suppress Statements (Dkt. 87) is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this the 18th day of June, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE